UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| TEXTRON FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>WEERES INDUSTRIES CORPORATION,<br><br>Defendants. | Civil No. 10-2070 (JRT/LIB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

_____

Jeffrey Jones and Paul Ratelle, **FABYANSKE WESTRA HART & THOMSON, PA**, 800 LaSalle Avenue, Suite 1900, Minneapolis, MN 55402; Jill Johnson and William Bay, **THOMPSON COBURN LLP**, One US Bank Plaza, St. Louis, MO 63101, for plaintiff.

Kathleen Harrell-Latham, **LARKIN HOFFMAN DALY & LINDGRE LTD,** 7900 Xerxes Avenue South, Suite 1500, Minneapolis, MN 55431, for defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated January 9, 2012 [Docket No. 56]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment [Docket No. 43] is **GRANTED.**

CASE 0:10-cv-02070-JRT-LIB   Document 57   Filed 01/30/12   Page 2 of 2

DATED: January 30, 2012
at Minneapolis, Minnesota

          ___ s/ John R. Tunheim _____
          JOHN R. TUNHEIM
          United States District Judge